COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| JULIO A. HERNANDEZ AND ROCIO MARTINEZ, | § § | No. 08-18-00011-CV |
| Appellants, | § | Appeal from |
| v. | § | 448th District Court |
|  | § | of El Paso County, Texas |
| ENES M. KANLIC, M.D., EL PASO COUNTY HOSPITAL DISTRICT D/B/A | § | (TC # 2016DCV3128) |
| UNIVERSITY MEDICAL CENTER, AND TEXAS TECH HEALTH | § |  |
| SCIENCES CENTER, | § |  |
| Appellees. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment